IN THE 10th CIRCUIT
COURT OKLAHOMA CITY
OKLAHOMA WESTERN DISTRICT

Andrew L. Sawyers, et al
Plaintiff

v.

Cleveland County
Detention Center
Defendant

FILED
FEB 07 2024
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY ___KB___, DEPUTY

Case No. CIV-24-146-PRW

MOTION FOR TEMPORARY
~~INJ~~ INJUNCTION

Come Now, the plaintiff Andrew L. Sawyers, et al and prose requesting this Honorable Court issue a temporary injunction against the Cleveland County Detention Center for violations of the 1st Amendment "Freedom of Religion" clause and the 5th Amendment "Cruel and unusual" punishment clause of the United States Constitution.

The Plaintiff, through diligence has exhausted CCDC administrative remedies; Kiosk ticket # TK-72ckNVHmeGq Lole Sowards responded 01 Feb 24 3:58 pm Ticket # TK-HrXgRBpqbZuL K. Hamilton responded 02 Feb 24 10:17 AM

The Plaintiff prays this Honorable Court grant this Temporary Injuction; the Cessation of confiscating all reading material, including Bibles, Koran, other religious books Fiction and non-Fiction paperback novels on the behalf and for the general welfare of the inmate population of Cleveland County Detention Center until such a time when this Honorable Court renders a decision in the ensuing Class Action Lawsuit

Respectfully Submitted,

Andrew Sawyers

Andrew L. Sawyers
2022003055 CCDC
2550 W. Franklin Rd
Norman, OK 73069